No. 368. McCARTHY *v.* U. S. FIDELITY & GUARANTY CO. October 21, 1929. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Casper Schenk* and *W. B. Sloan* for petitioner. *Messrs. Jesse A. Miller* and *James C. Davis* for respondent.